UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEN HENRY SCOTT                                CIVIL ACTION

VERSUS                                         NUMBER: 07-1161
                                               c/w 07-2976

DAVID MOAK, ET AL.                             SECTION: "A"(5)


O R D E R

     The Court, having considered the motion, the record, the
applicable law, the Magistrate Judge's Report and Recommendation,
and the failure of plaintiff to file any objections to the
Magistrate Judge's Report and Recommendation, hereby approves the
Magistrate Judge's Report and Recommendation and adopts it as its
opinion herein.

     Accordingly,

     **IT IS ORDERED** that the motion to dismiss of defendant, William
Ridgon is **GRANTED** and that plaintiff's claims against him are
dismissed.

     New Orleans, Louisiana, this 2nd day of June, 2011.


                                    _____
                                    UNITED STATES DISTRICT JUDGE